UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROMAN Y. M., § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL NO. 3:18-CV-3088-B-BK |
| § | |
| JEFFERSON SESSION, III, § | |
| Respondent. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction as moot.

SO ORDERED this 29th day of March, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE